# UNITED STATES DISTRICT COURT
## for the
### LUBBOCK DIVISION

2022 APR 18 PM 2: 49

DEPUTY CLERK _Butt_

Marcus D. Woodson
_Petitioner_

v.

Case No. 5-22CV0070-H
_(Supplied by Clerk of Court)_

Kelly Rowe ET AL
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Marcus DeShawn Woodson
   (b) Other names you have used: ___

2. Place of confinement:
   (a) Name of institution: Lubbock County Detention Center
   (b) Address: P.O. Box 10536 Lubbock Tx 79408
   (c) Your identification number: #79520

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case: N/A
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A N/A N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☐ Other (explain): __Violations of substantive and procedural Due process in the Classification process and Disciplinary process and Grievance Process.__

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __Lubbock County Sheriff's Office Lubbock County Detention Center, Lubbock Tx 79408__
   (b) Docket number, case number, or opinion number: __N/A__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Since Sept 30th, 2021, Petitioner has been subjected to an unconstitutional classification process and disciplinary process that imposes solitary confinement in the Shu.__
   (d) Date of the decision or action: ____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: __Lubbock County Detention Center__
       (2) Date of filing: ____
       (3) Docket number, case number, or opinion number: ____
       (4) Result: __Affirmative__
       (5) Date of result: __unk - LCDC Records office/Classification__
       (6) Issues raised: __Denial of right to be heard, Right to call witness's A written statement of the evidence relied upon and the reason for the disciplinary action. Sanctions illegal. Unconstitutional Disciplinary process.__

   (b) If you answered "No," explain why you did not appeal: __N/A__

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☒ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   N/A

(b) If you answered "No," explain why you did not file a second appeal:
No remedy Available for the Petitioner to do so in the Lubbock County Detention Center

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☒ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal:
No remedy Available to Attack sanctions or unconstitutional process of LCDC's disciplinary and classification process's

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ☒ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
   ☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: ____
(2) Case number: ____
(3) Date of filing: ____
(4) Result: ____
(5) Date of result: ____
(6) Issues raised: ____

N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: ____
(2) Case number: ____
(3) Date of filing: ____
(4) Result: ____
(5) Date of result: ____
(6) Issues raised: ____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: __N/A__
(b) Date of the removal or reinstatement order: __N/A__
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Unconstitutional Classification Process in violation of Petitioners 14th Amendment Right to substantive and procedural due process of law.

(a) Supporting facts (Be brief. Do not cite cases or law.): Petitioner since Sept 30th, 2021, has been subjected to an unconstitutional classification process at LCDC. Petitioner has not been provided (1) advanced written notice, (2) A written statement of the evidence being relied upon, (3) Reason for the security re-classification, (4) and the opportunity to be heard and appear before that committee (5) No neutral and detached hearing body.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes ☐ No

**GROUND TWO:** Unconstitutional Disciplinary Process in violation of Petitioners 8th and 14th Amendment Rights to Due Process of Law. Unconstitutional Deprivation of privileges

(a) Supporting facts (Be brief. Do not cite cases or law.): None of the write-ups within LCDC required a written statement by the factfinders as to the evidence relied on, nor was the Petitioner provided reason for the said disciplinary actions. Petitioner was not allowed to present documentary evidence, nor call witness's. Members of the Disciplinary Board are also involved in the investigation and hearing process.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes ☐ No

**GROUND THREE:** Unconstitutional Deprivation of liberty within the Detention Centers confines in violation of Petitioners 8th, and 14th Amendment Rights under the United States Constitution to Substantive and procedural Due Process of Law and Equal Protection

(a) Supporting facts (Be brief. Do not cite cases or law.): LCDC disciplinary proceedings do not comply with the Due Process Clause of the Federal Constitution. There's no actual investigation, and or interview with the inmate involved, nor is full consideration given to the cause for such adverse behavior. Committee members biased and partial to Petitioners situation and or circumstance of the elements there of which caused the adverse behavior.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

GROUND FOUR: Unconstitutional Deprivation of 1st Amendment Right to be free from religious persecution and to practice his religion of choice and to be free from cruel and unusual punishment and discrimination by jailhouse employees within LCDC who did not

(a) Supporting facts (Be brief. Do not cite cases or law.):
Petitioner is a muslim. Petitioner, during the holy month of Ramadan was served ice cold meals w/face chips hanging off the trays. Petitioner was given (2) trays of the same meal. Petitioner was not given anything to drink or to "Break thier fast" with according to the Islamic Religion. LCDC prohibited muslim prayer rugs and instead was provided door mats made in the laundry. Petitioner was not allowed Muslim Services or to hold them, nor was outside visitors approved to come in

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: All grounds raised in appeal alleging unconstitutional conditions of confinement and violations of substantive and procedural Due Process of Law

Request for Relief
15. State exactly what you want the court to do: ① Require LCDC to submit plan for grading each misconduct either a major or minor offense. ② Require LCDC to require the Counsel Substitute not only to provide notice, but to also "investigate" the misconduct by holding a conference with the offender, and make recommendations to either informally resolve the misconduct or refer for a hearing for SHU sanction. ③ Require LCDC to refrain from taking inmates property, "food items" and other items without a hearing, even those in the SHU. ④ Require LCDC to provide Notice (Advance Written Notice) of All Re-classifications reviews, and to provide inmate the opportunity to be heard before the committee or board vested with such authority. Additionally, offender should be provided with a copy of the evidence being relied upon for the reclassification and justification for said re-classification to be provided to the offender in writing ⑤ Establish 3-step Disciplinary Appeal and Grievance Appeal process. ⑥ Establish legitimate "Grievance Coordinator" post, to allow for proper investigation of all grievances filed, and to recieve decision from the "(reviewing authority) (Lt. or Above) within 7 to 10 days ⑦ Require LCDC Administration to review all actions taken by the hearing body within 7 to 10 days of the findings of guilt ⑧ Require LCDC Classification office to install and create structured "reclassification system" with original proceedings that require due process" hearings before a legitimate Administrative body. ⑨ Require LCDC Administration to discontinue its "Hours" program, due to due process violations implicated, and the potential abuse of such by those

Page 8 of 9

Ground #Five: Denial of Access To The Courts, in violation of the 14th Amendment to the U.S. Const. Petitioner asserts deprivation of Access based upon unconstitutional grievance process which denies Due Process in which judiciary allegations are termed "invalid" by LCDC Administration

Supporting Facts: Petitioner grievances, many of which were properly submitted were deemed invalid by the responder (not the grievance officer) and were denied further appellate review by LCDC Administration. Petitioner judiciary allegations were term "unable to Appeal" by the responders to prevent any possible litigation against LCDC.

Ground Six: Petitioners First and Fourteenth Amendment rights are deliberately being infringed upon by LCDC Administration when it digitized its mail process Requiring all mail to be sent out of state to Florida. LCDC further violated Petitioner's First Amendment rights to be free from censorship of mail, LCDC officers can withhold the tablet from the inmate and deprive the offender of Access to the Courts, and to the grievance process, as well as mail.

Supporting Facts: LCDC digitized its mail process, and requires offenders to send thier mail to another state to recieve it, and that process goes to the tablet. Inmates mail is recieved by a third-party in violation of U.S. Postal laws. LCDC staff withholds the tablets as punishment. Offender has went 3 to four days without being allowed to Access mail. LCDC failed to order enough tablets for every inmate and restricts usage time

Request For Relief Con't
_____

Con't from pg ( )
individuals within the dept who apply such in a discriminatory manner. LCDC should not be allowed to impose any disciplinary sanction for misconduct without due process procedures in place prior to doing so (3) Require LCDC to provide enough tablets for every inmate in thier custody, and to prohibit its employees from using the tablets as a form of punishment, and order that the offender should have access to his mail, to the grievance process, access to the courts/law library at all times, and that the system usage time be expanded to 24 hrs a day, to allow for around the clock usage of the law library and mail and e-mail system. (4) Prohibit LCDC from requiring its offenders from having to send thier mail out of state just to recieve a letter, which allows LCDC Administration to violate Petitioners 1st Amendment Rights thru censoring incoming private correspondence. (5) Require LCDC to provide adequate meals and services for its Islamic Population and that it be prohibited from religious discrimination and violating basic fundamental rights of due process and the 1st Amendment

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 4/13/22 · April 13th, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/13/22

_Warren A Woodson_
Signature of Petitioner
Pro Se
#79520

_____
Signature of Attorney or other authorized person, if any

P.O. Box 10535
Lubbock Tx
-79408



4/13/22