UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARCUS D. WOODSON,
Institutional ID No. 79520

        Plaintiff,

v.

KAYLEE BRANNAN, *et al.*,

        Defendants.

No. 5:22-CV-00070-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated June 30, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge